UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 18-31804 |
| ROSALIND M. BRADFORD-CUTTS | CHAPTER 7 |
| Debtor(s). | |

## PRELIMINARY INVENTORY REPORT AND REQUEST FOR NOTICE TO CREDITORS

COMES NOW J. Richard Ransel, Chapter 7 Trustee, and respectfully shows to the Court as follows:

1. That I am the Trustee for the above-captioned Debtor(s).

2. That as Trustee, I anticipate receiving the proceeds of the debtor's tax refund and adopt the same as my preliminary inventory.

3. Pursuant to Federal Rule of Bankruptcy Procedure 3002 (c)(5), I request that the Bankruptcy Clerk notify creditors that a payment of dividend appears possible in this case.

/s/ J. Richard Ransel
J. Richard Ransel
THORNE•GRODNIK, LLP
228 West High Street
Elkhart, IN 46516
(574) 294-7473
jransel@tglaw.us

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and complete copy of the above and foregoing Preliminary Inventory Report and Request for Notice to Creditors was served upon the following on December 10, 2018, via electronic transmission:

Susan J. Roberts, Assistant U.S. Trustee
555 One Michiana Square Building
100 East Wayne
South Bend, IN 46601

/s/ J. Richard Ransel
J. Richard Ransel